**Order entered May 11, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00434-CR

**NICHOLAS JOHN MATEIK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-44643-R**

## ORDER

The Court **GRANTS** appellant's May 6, 2016 motion to substitute counsel. F. Clinton Broden is substituted for Riann Christine Moore and the Dallas County Public Defender's Office as appellant's counsel of record.

We **DIRECT** the Clerk to send all correspondence to F. Clinton Broden, Broden & Mickelsen, 2600 State Street, Dallas, Texas 75204; telephone: (214) 720-9552; facsimile: (214) 720-9594.

/s/      LANA MYERS
         JUSTICE